NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JASON GIBSIN<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH FINANCIAL SYSTEMS, INC.,<br><br>Defendant. | Civil Action No. 15-4161 (JLL) (JAD)<br><br>**ORDER** |

**LINARES, District Judge.**

This matter comes before the Court by way of Plaintiff's Motion for Default Judgment, (ECF No. 7), and it appearing that:

1. Plaintiff filed his initial Class Action Complaint on June 19, 2015. (ECF No. 1).

2. After Plaintiff's request for entry of default was granted by the Clerk, Plaintiff moved for Default Judgment pursuant to Federal Rule of Civil Procedure 55(b).

3. To date, Defendant has failed to answer or otherwise move with respect to the Complaint. Defendant has not opposed Plaintiff's Motion for Default Judgment.

4. However, Plaintiff has failed to prove a certain amount of damages or provide an accounting to this Court.

**IT IS THEREFORE** on this **17th day of August, 2015,**

**ORDERED** that Plaintiff's Motion for Default Judgment, (ECF No. 7), is **GRANTED**; and it is further

**ORDERED** that within ten (10) days from the date of this Order, Plaintiff is to file a

Certification related to potential damages in this case—including a proposal as to what he plans to present at a damages hearing—for this Court's review; and it is further

**ORDERED** that Plaintiff shall appear for a damages hearing with this Court on _Sept. 9, 2015_ at _11:00_ am/~~pm~~.

**IT IS SO ORDERED.**

_____
Jose L. Linares, U.S.D.J.